**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 11/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Huihui Shi,

                                        Petitioner,

                  -against-

Alejandro Mayorkas et al.,

                                        Respondents.

1:22-cv-09175 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management and dispositive motions. (ECF No. 2.) The parties (or, if no respondents have appeared in the case, only the petitioner) shall appear for a telephone conference on Tuesday, November 22, 2022 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:        New York, New York
              November 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge