```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Huihui Shi,

                Petitioner,

-against-

Alejandro Mayorkas et al.,

                Respondents.

1:22-cv-09175 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Due to a scheduling conflict, the telephone conference scheduled for tomorrow, November 22, 2022 at 11:00 a.m. is adjourned until 12:00 p.m. the same day. At the scheduled time, the parties (or, if no respondents have appeared in the case, only the petitioner) shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
             November 21, 2022

_____
STEWART D. AARON
United States Magistrate Judge