```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Huihui Shi,

                Petitioner,

-against-

Alejandro Mayorkas et al.,

                Respondents.

1:22-cv-09175 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Petitioner's request to adjourn the telephone conference scheduled for November 22, 2022 (*see* Letter, ECF No. 5) is GRANTED. The conference is adjourned *sine die*. Petitioner is reminded that the deadline to serve Respondents is January 24, 2023. Once Respondents have appeared in this action, the Court will schedule an Initial Pretrial Conference.

The Court notes that Petitioner's Letter, which was filed under seal, does not appear to contain any confidential information. Accordingly, it is hereby Ordered that, no later than November 28, 2022, Petitioner shall show cause why the Letter shall remain under seal.

**SO ORDERED.**

DATED:    New York, New York
               November 21, 2022

_____
STEWART D. AARON
United States Magistrate Judge