USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Huihui Shi,

                Petitioner,

-against-

Alejandro Mayorkas et al.,

                Respondents.

1:22-cv-09175 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on November 21, 2022, the Court entered an Order noting that Petitioner's November 21, 2022 Letter (ECF No. 5), which was filed under seal, did not appear to contain any confidential information and ordering Petitioner to show cause, no later than November 28, 2022, why such Letter shall remain under seal (*see* 11/21/2022 Order, ECF No. 6); and

WHEREAS, Petitioner did not file a response to the Court's Order; and

WHEREAS, the Court finds no reason that Petitioner's Letter should remain under seal.

NOW, THEREFORE, it is hereby Ordered that the Clerk of Court is respectfully requested to unseal the Letter filed at ECF No. 5

**SO ORDERED.**

DATED:    New York, New York
             November 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge