```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
HUIHUI SHI,                                                      :
                                                                 :
                              Petitioner,                        :   1:22-cv-9175-GHW
                                                                 :
                  -v -                                           :   ORDER
                                                                 :
ALEJANDRO MAYORKAS, *et al.,*                                    :
                                                                 :
                              Respondents.                       :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 6, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than February 20, 2023. Dkt. No. 16. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's February 6, 2023 order forthwith, and in no event later than February 24, 2023.

SO ORDERED.

Dated: February 21, 2023
       New York, New York                    _____
                                                  GREGORY H. WOODS
                                                 United States District Judge